[No. 53336-3-I; 53337-1-I. Division One. December 6, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LEWIS S. KING, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 03-1-02125-0, Michael S. Spearman, J., entered October 30, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53934-5-I. Division One. December 6, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN HENRY WAHLERT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-01284-4, Larry E. McKeeman, J., entered February 26, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54046-7-I. Division One. December 6, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. A.V., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-8-04098-5, Suzanne M. Barnett, J., entered March 24, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54382-2-I. Division One. December 6, 2004.]

ROBERT BROWN, ET AL., *Appellants*, v. KERRY KOEPP, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-00277-1, Julie Spector, J., entered May 11, 2004. *Reversed* by unpublished per curiam opinion.